E. LYNN SCHOENMANN, Trustee
954 BUSH ST
SAN FRANCISCO CA 94109-6318

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                              ) Case No. 11-30865 HLB
                                    )
KOSTLAN, CATHERINE JAN              ) NOTICE OF UNCLAIMED FUNDS
dba CKRT PROPERTIES                 )
                                    )
                       Debtor(s)    )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the trustee in the above captioned case hereby turns over to the court unclaimed fund[s] in the amount of $2,742.01. The name and address[s] of the creditor[s] entitled to the unclaimed fund[s] are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 12 | ELIZABETH HERITAGE<br>2027 30TH AVE<br>SAN FRANCISCO CA 94116 | $376.17 | (CK#40044) |
| 22 | ELIZABETH HERITAGE<br>2027 30TH AVE<br>SAN FRANCISCO CA 94116 | $2,365.84 | (CK#40053) |
| TOTAL UNCLAIMED FUNDS | | $2,742.01 | (CK#40058) |

DATED: November 4, 2015          BY: /s/ E. Lynn Schoenmann
                                     E. LYNN SCHOENMANN
                                     TRUSTEE

FILED
NOV 13 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

- 1 -